```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 38740
    JAMES R BROWN
    MELINDA A BROWN                       CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-7148    SSN XXX-XX-6913
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/18/04 and confirmed on 01/14/05.

2. The case was dismissed after confirmation, 07/27/2007.

3. The Debtor paid a total of $ 7482.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED | 8025.00 | 1033.21 | 3524.06 |
| ILLINOIS DEPT REVENUE | PRIORITY | 115.00 | .00 | .00 |
| PAUL D LAWENT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 5105.00 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE TOLL HWY AUTHOR | UNSECURED | 5906.95 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1634.40 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 1671.03 | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| ONYX ACCEPTANCE CORP | UNSECURED | 10244.50 | .00 | .00 |
| PRIMECO | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| UHAUL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WALMART STORES INC | UNSECURED | 2148.24 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 7275.73 | .00 | .00 |
| B LINE LLC | UNSECURED | 1308.18 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 53.00 | .00 | .00 |
| FOX VALLEY LEGAL GROUP | REIMBURSEMENT | 10.75 | .00 | 10.75 |

Summary of disbursements:

---

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8025.00       125.75     35347.03          .00        43497.78
PRINCIPAL PAID      3524.06        10.75         .00           .00         3534.81
INTEREST PAID       1033.21          .00         .00           .00         1033.21
TOTAL PAID          4557.27        10.75         .00           .00         4568.02
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP        , was allowed $   2600.00
and was paid $   2600.00 .

The Trustee received $    313.98 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/11/07                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO.  04 B 38740 JAMES R BROWN & MELINDA A BROWN